Submitted on record and briefs September 16, affirmed
September 23, reconsideration denied October 30,
1974, petition for review pending

BAUER, *Petitioner, v.* MORGAN ET AL, *Respondents.*

526 P2d 490

Barbee B. Lyon, Portland, for petitioner.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Al J. Laue, Assistant Attorney General, Salem, for respondent Ross Morgan.

No appearance for respondent Overhead Door Company of Oregon, Inc.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

AFFIRMED. *See, Bauer v. Morgan,* 16 Or App 132, 517 P2d 689, Sup Ct *review denied* (1974).